# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2017

153841 (41)

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* PETITION OF BERRIEN COUNTY
TREASURER FOR FORECLOSURE

_____

BERRIEN COUNTY TREASURER,
      Petitioner-Appellee,

v

NEW PRODUCTS CORPORATION,
      Respondent-Appellant.

SC: 153841
COA: 330795
Berrien CC: 2014-000170-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's December 7, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

YOUNG, J., did not participate.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2017 _____



Clerk

t0327